IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY THORNTON et. al.,<br><br>Defendants | Case No. 2:25-cr-105 |

## ORDER

For good cause shown, the government's request to use alternative procedures for victim notification (ECF No. 123) is **GRANTED**.

The government shall provide any notifications required by 18 U.S.C. § 3771 or 18 U.S.C. § 3663A to the pool of potential victims in this case through the Internet.

The government shall use a case-specific page on the Eastern District of Virginia's website where all required notices will be posted, direct potential victims of which it is aware to that webpage, and issue a press release informing those who believe they may be victims how to access the website.

**IT IS SO ORDERED**.

/s/
Jamar K. Walker
United States District Judge

Norfolk, Virginia
October 1, 2025